

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

February 7, 1957

Hon. Jack Welch, Chairman
Constitutional Amendments
   Committee
House of Representatives
Austin, Texas

Opinion Number WW-19

Re: Is Art. 16, Sec. 59, Sub-
section A,B,C, of the Texas
Constitution, broad enough
to cover or permit the is-
suance of bonds for the pur-
pose of water conservation
and development as outlined
in HJR 3 and the Enabling
Act therefor H.B. 161, or
will it require the adoption
of an amendment to the Consti-
tution such as HJR 3? Also,
could the provisions of HJR 3
be incorporated in or take the
place of the present Art. 16,
Sec. 59 of the Constitution?

Dear Mr. Welch:

The questions presented by the Constitutional Amendments Com-
mittee and the Sub-Committee, present the following questions:

    1.   Is Article 16, Section 59, Subsection
A, B, C, of the Texas Constitution
broad enough to cover or permit the is-
suance of bonds for the purpose of water
conservation and development as out-
lined in H.J.R. 3 and the Enabling Act
therefor H.B. 161, or will it require
the adoption of an amendment to the Con-
stitution such as H.J.R. 3?

    2.   Could the provisions of H.J.R. 3 be in-
corporated in or take the place of the
present Article 16, Section 59, of the
Constitution?

House Joint Resolution 3 and House Bill 161, as introduced at the
current session of the Legislature, would authorize the State of
Texas to issue negotiable bonds for the purpose of assisting

designated agencies in the development of water facilities within the State of Texas. The present provisions of Article 16, Section 59, of the Constitution of Texas, do not authorize the issuance of bonds or other obligations by the State (See particularly Subdivision B).

Article 3, Section 50, of the Constitution, reads, in part, as follows:

> "The Legislature shall have no power to give or to lend or to authorize the giving or lending of the credit of the State . . ."

You are respectfully advised that the present provisions of Article 16, Section 59, of the Constitution of Texas, are not broad enough to accomplish the purposes stated in H. J. R. 3 and the Enabling Act as submitted at the present session of the Legislature.

Your second question is answered in the affirmative, since the basic provisions of the Constitution may be changed in any manner deemed necessary by the people of the State of Texas. The purpose of H.J.R. 3 is completely different from the purpose of the present Constitution, Article 16, Section 59, but this purpose may be changed by an amendment to the Constitution.

## SUMMARY

The present provisions of Article 16, Section 59, of the Constitution of Texas, are not broad enough to permit the issuance of bonds by the State of Texas for the purposes outlined by H.J.R. 3 and H.B. 161, as introduced at the present legislative session. Article 3, Section 50, of the Constitution, prohibits lending the credit of the State and this provision will control unless changed by another constitutional provision.

The proposals of H.J.R 3 could be combined with the provisions of Article 16, Section 59, of the Constitution, even though the purposes of the provisions are different.

Honorable Jack Welch, page 3 (WW-19)

Very truly yours,

WILL WILSON
Attorney General

By _Elbert M. Morrow_

Elbert M. Morrow
Assistant

EMM-s

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman